UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISHA AMIE,<br><br>      Plaintiff(s),<br><br>   vs.<br><br>CITY OF MARTINEZ *et al.*,<br><br>      Defendant(s). | Case No.: 12-CV-00145 YGR<br><br>ORDER STRIKING JOINT LETTER BRIEF AND ORDERING PARTIES TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH COURT'S STANDING ORDER |

The parties filed a ten page joint letter brief regarding a pending discovery dispute. (Dkt. No. 31.) Requests for discovery relief must be summarized by the parties in a joint letter brief no longer than four pages. (*See* Standing Order in Civil Cases ¶ 8(b).) Concisely summarizing the nature of the discovery dispute allows the Court to quickly resolve the discovery dispute.

The Court **STRIKES** the joint letter brief (Dkt. No. 31). The parties may refile a joint letter brief that complies with the Court's Standing Order in Civil Cases.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the Court's Standing Order regarding discovery disputes.

A hearing on this Order to Show Cause will be held on **Friday, September 28, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **Tuesday, September 25, 2012**, the parties must file a joint written statement explaining their failure to comply with the Court's Standing Order in Civil Cases, and attest that they have reviewed the Court's Standing Order in Civil Cases. If the Court is satisfied

1   with parties' response, then parties need not appear and the hearing will be taken off calendar.
2   Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance
3   nor a telephonic appearance will be permitted.  Failure to file a joint written response or to appear
4   personally will be deemed an admission that no good cause exists and that the imposition of
5   monetary sanctions is appropriate.
6       This Order Terminates Docket Number 31.
7       **IT IS SO ORDERED.**

Dated: September 21, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**