**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAISHA AMIE,**<br>       Plaintiff(s),<br>   vs.<br>**CITY OF MARTINEZ** *et al.*,<br>       Defendant(s). | Case No.: 12-CV-00145 YGR<br><br>**ORDER VACATING SHOW CAUSE HEARING** |

The Court has reviewed the parties' response to the Court's Order to Show Cause why they should not be sanctioned for failing to comply with the Court's Standing Order regarding discovery disputes. The Court **VACATES** the Compliance Hearing set for Friday, September 28, 2012, and will not impose sanctions at this time.

The parties may refile a joint letter brief that complies with the Court's Standing Order in Civil Cases. The parties are reminded that pursuant to the Standing Order, the parties must "attest that, prior to filing the request for relief, counsel met and conferred *in person* and must concisely summarize those remaining issues that counsel were unable to resolve. … The Court will then advise the parties if additional briefing, a telephonic conference, or a personal appearance is necessary." (*See* Standing Order in Civil Cases ¶ 8(b).) This articulated process allows the Court to manage discovery disputes in an efficient manner.

**IT IS SO ORDERED.**

Dated: September 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**